I

In the United States District Court

For the District of Rhode Island
(Form mailed December 22, 2007)

Mr. Henry Gutierrez 80582-038.
Detainee at Donald W Wyatt
Detention facility. 950 High ST
Central falls R.I. 02863.

Enter above the full name of the plaintiff in this action.

CA 07 483 S

Civil Action No. ____________________

v.

Sergeant Rubiera
employ staff member of
Donald W. Wyatt Detention facility.
and its employer: The city.

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☒

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ∅ new file

Defendants: ∅ new file

2. Court (if federal court, name the district; if state court, name the county):

∅ new file

3. Docket number: ?

4. Name of judge to whom case was assigned: ?

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

6. Approximate date of filing law suit: This one? 12/22/2007

7. Approximate date of disposition: ¢

II. Place of Present Confinement: 950 High STreet. Central falls RI 02863.

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☒ No ☐

B. If your answer is YES:

1. What steps did you take? 1ST medical Complaint. observe by DocTor. giving exam. also call my oTTy James J. Gutbowski. also sent a Grievence

2. What was the result? no reply. no medical x Ray for Ribs ETC Very LiTTLe To none. medical Care other Then View. by nurse and Doctor.

C. If your answer is NO, explain why not: They above.

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff I: Mr. Henry. GuTierrez.

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant MR. Rubiera. is employed as Sergeant. 950 High ST. Central falls at Donald W. WyaT DeTenTion facility.

C. Additional Defendants: % Ramos % Ricardo sTaff member of Donald W. WyaT DeTenTion facility. 950 High ST. Central falls Donald W. wyaT DeTenTion facility.

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

AugusT: 17. 2007. SergeanT. RuBiera along %Ramos. %Picard? escorted Detainee: Henry. GuTierrez. To medical by Policy and Rules Time 9:30 AM as Question "if" I "Detainee" had any injury. I decline none But later was shackle ask To seet. as i comply To I was assaulted by a obstruct Punches To my upper Left of forehead Then same Person: Sergeant RuBiera grab My Kneck. chokeing me and Repeatedly obstruct Punches To my Right area of Rib Cage over Seven Times while % Ramos and other Held me I was Hand cuff To Back Handed and also shackle feet I Yell STOP The abuse STOP The abuse pleas. okay a inmate who work at The Time was present and would Be call in a a Visual witness. Soon. Thomas Martin

## V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.)

. To Assist in Having Detainee Henry. GuTierrez 80582-038 Hdive inn. To Be present at Hearing To Press charges VS Sergeant: RuBiera and %Ramos Later on October 2007. Sergeant RuBiera Said. Henry GuTierrez You Deserve what I Did To You May He explain This To The jury i also seek for Donald W. Wyat Detention facility To compensate for Pain and cruel and unusual Punishment Tours a American with a Disability act To Have Monetary funds To be paid my Legal expence and any medical also To Have Sergeant RuBiera iether Disbar or Resign? also To Seek Recompense for mental stress and Duress; affliction of This Sergeant Rubiera, who Broken or Bruise my Rib right side area by His brutal force did assault and Battery. I Seek money by Civil action and other above To Be Brought To Court

IV



VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this Civil Suit vs. D.D.Wyat D.f. day of December 12.22, 2007.

Mr. Henry, Gutierrez.
Signature of plaintiff

MR Henry, Gutierrez 80582-038
950 High Street. Central falls RI 02863.
Donald W Wyat Detention facility.
Complete address of plaintiff

PS. MS Linda Lugo. the notary MS. Lugo Linda Refuse to notarize my Legal paper work my Violation of my in Due process and civil Rights.

I. Henry Gutierrez. Duely swear to say the Truth and nothing But Truth. as by law under Perjury I Hereby Sign under oath.
Henry Gutierrez.

Mr. Henry Gutierrez