**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Henry Gutierrez

v. C.A. No. 07-483S

Sergeant Rubiera, et al

**ORDER**

Plaintiff Henry Gutierrez filed a Complaint in the above captioned case on December 31, 2007. The plaintiff, however, failed to pay the initial filing fee of $350.00, nor did he file a motion to proceed *in forma pauperis pursuant* to 28 U.S.C. § 1915 with the appropriate documentation.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall pay the initial filing fee of $350.00, or file a motion to proceed *in forma pauperis* with the appropriate paperwork (i.e. affidavit in support of the motion and plaintiff's prison trust account statement from **June 30, 2007 to December 31, 2007.**

Plaintiff shall comply with this Order within twenty days. Failure to comply with this Order will result in a dismissal of this action.

**IT IS SO ORDERED.**

WSmith

William E. Smith
United States District Judge
Date: 1/4/08