UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Henry Gutierrez

v. C.A. No. 07-483S

Sergeant Rubiera, et al.

**SHOW CAUSE ORDER**

On or before September 22, 2008, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service within 120 days after filing the complaint as required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

Wendy Meib

Deputy Clerk

ENTER:

WESm

William E. Smith
United States District Judge

Date: 8/28/08